# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: <br><br> **CROWN ASSETS, LLC,** <br><br>   Debtor. | Chapter 11 <br> Case No. 20-21451-JRS |
| **TC FEDERAL BANK,** <br><br>   Plaintiff, <br><br> v. <br><br> **2551 EAST PINETREE BLVD., LLC, MAHARAJA INVESTMENTS, LLC, CROWN ASSETS, LLC, SHANEEL LALANI, SAMEER LALANI, CHARANJEEV SINGH, VINEET SINGH, KAREN AHUJA, and SAHIB ARORA,** <br><br>   Defendants. | Removed Case: <br><br> **THOMAS COUNTY SUPERIOR COURT, CASE NO. SUCV2020000354** <br><br> Adversary Proceeding No. <br><br> _____ |

## NOTICE OF REMOVAL

COME NOW Sahib Arora, Vineet Singh, and Maharaja Investments LLC (collectively, the "Arora Parties") and file this "Notice of Removal" ("Notice") pursuant to which the Arora Parties provide notice that the case of *TC Federal Bank v. 2551 East Pinetree Blvd, LLC; Maharaja Investments LLC; Crown Assets, LLC; Karan Ahuja; Shaneel Lalani; Sameer Lalani; Charanjeev Singh; Vineet Singh; and Sahib Arora* identified as case number SUCV2020000354 (the "Thomas County Action" or sometimes simply the "Action") and commenced by TC Federal Bank ("Plaintiff") as plaintiff in the Superior Court of Thomas County, Georgia ("Superior Court"), shall be removed to the United States Bankruptcy Court for the Northern District of Georgia, Gainesville Division ("Bankruptcy Court"). Defendant Crown Assets, LLC's Chapter 11 bankruptcy is pending in the Bankruptcy Court by reference from the United States District

1

Court for the Northern District of Georgia[1] ("District Court") pursuant to 28 U.S.C. §§ 1334 and 1452 and F.R.B.P 9027. In support of this Notice, the Arora Parties show the Court as follows:

**Background**

1. Debtor is also party to a separate civil action. Specifically, certain plaintiffs (including the Arora Parties) filed an action in the Superior Court of Fulton County, State of Georgia, against the Debtor and certain affiliates of the Debtor. The Fulton County civil action was 2020CV339119. Debtor removed the Fulton County Action to Bankruptcy Court and the Fulton County Action is currently assigned Adversary Proceeding No. 20-02041-JRS. The Arora Parties show that the facts and claims in the Thomas County Action are related to the facts and claims set forth in the Fulton County action. Specifically, Plaintiff TC Federal, Plaintiff in the Thomas County Action seeks declaratory judgment with respect to its Security Deed against property located at 2551 East Pinetree Blvd, Thomasville, Georgia (the "Pinetree Property"). The Arora Parties show that, upon information and belief, the Debtor owns an interest in the entity which now owns the Pinetree Property. Specifically, the Pinetree Property is owned by 2551 East Pinetree Blvd LLC ("Pinetree LLC"). As set forth in the Fulton County action and the Thomas County Action, Debtor's purported interest in Pinetree LLC (and in the Pinetree Property) was the result of fraudulent transactions by the Debtor, the owner of the Debtor, and other of Debtor's affiliated entities. The Thomas County Action will necessarily need to be removed to the Bankruptcy Court so that the Court may have all of the related actions before it. [The Arora Parties reserve any and all rights with respect to the Adversary Proceeding and the Thomas County Action as removed to this Court. Specifically, the Arora Parties reserve the right to a jury trial, without limitation].

---

[1] 28 U.S.C. §157(a) and L.R. 83.7 grant authority for the United States Bankruptcy Court for the Northern District of Georgia to hear such actions by referral from the United States District Court for the Northern District of Georgia.

**Basis for Removal**

2. 28 U.S.C. §1452 authorizes the removal of any claim or cause action to the [bankruptcy court] if the [bankruptcy court] has jurisdiction under 28 U.S.C §1334. The District Court has jurisdiction over the Action pursuant to 28 U.S.C. § 1334. The Thomas County Action is a civil action other than a proceeding before the Tax Court or a civil action by a governmental unit to enforce the government's police or regulatory powers.

3. Pursuant to F.R.B.P. 9027(a)(2), the time to remove the Action has not expired.

4. 28 U.S.C. §1334(e) provides that the [bankruptcy court] has exclusive jurisdiction over all property of the Debtor's estate. See In re Finney, 2008 Bankr. LEXIS 3767 at 13 (Bankr. N.D.Ga 2008) (Bonapfel, J.).

5. 28 U.S.C. § 1334(b) provides bankruptcy court jurisdiction to hear matters related to cases under U.S.C. Title 11 otherwise known as noncore, but related proceedings, under 28 U.S.C. § 157(c)(1).

6. The Thomas County Action, upon removal, is a core proceeding under 28 U.S.C. §157(b)(2)(A), (B), (C), (E) and (O).

7. Judicial economy is served by removal of the Thomas County Action to the Bankruptcy Court as the outcome of the Action will have a direct effect on the Debtor's ability to reorganize and the existence of claims in the Debtor's estate.

8. Accordingly, the Arora Parties remove the Thomas County Action to the Bankruptcy Court for a determination of all issues related to the Action and consent to entry of a final judgment on all such issues.

9. This notice is accompanied by copies of all process and pleadings as defined by Federal Rule of Civil Procedure 7(a), including the following:

| No. | Date | Title | Exhibit |
|---|---|---|---|
| 1 | 2020.07.21 | Complaint | Exhibit "A" |
| 2 | 2020.07.21 | Summons for 2551 East Pinetree Blvd., LLC | Exhibit "B" |
| 3 | 2020.07.21 | Summons for Maharaja Investments, LLC | Exhibit "C" |

| No. | Date | Title | Exhibit |
|---|---|---|---|
| 4 | 2020.07.21 | Summons for Crown Assets, LLC | Exhibit "D" |
| 5 | 2020.07.21 | Summons for Shaneel Lalani | Exhibit "E" |
| 6 | 2020.07.21 | Summons for Sameer Lalani | Exhibit "F" |
| 7 | 2020.07.21 | Summons for Charanjeev Singh | Exhibit "G" |
| 8 | 2020.07.21 | Summons for Vineet Singh | Exhibit "H" |
| 9 | 2020.07.21 | Summons for Karan Ahuja | Exhibit "I" |
| 10 | 2020.07.21 | Summons for Sahib Arora | Exhibit "J" |
| 11 | 2020.07.21 | Civil Case Initiation Form | Exhibit "K" |
| 12 | 2020.07.28 | Motion for Appointment of Special Agent for Service | Exhibit "L" |
| 13 | 2020.07.28 | Proposed Order for Appointment of Special Agent for Service | Exhibit "M" |
| 14 | 2020.07.29 | Order | Exhibit "N" |
| 15 | 2020.08.04 | Affidavit of Service - Sahib Arora | Exhibit "O" |
| 16 | 2020.08.04 | Affidavit of Service - Vineet Singh | Exhibit "P" |
| 17 | 2020.08.04 | Affidavit of Service - Maharaja Investments LLC | Exhibit "Q" |
| 18 | 2020.08.06 | Affidavit of Service - Shaneel Lalani | Exhibit "R" |
| 19 | 2020.08.20 | Acknowledgement of Service / Waiver of Jurisdiction | Exhibit "S" |
| 20 | 2020.08.28 | Affidavit of Service - Sameer Lalani | Exhibit "T" |
| 21 | 2020.08.28 | Affidavit of Service - 2551 East Pinetree Blvd, LLC | Exhibit "U" |
| 22 | 2020.08.31 | First Amended Complaint | Exhibit "V" |
| 23 | 2020.09.01 | Defendant Maharaja Investments LLC's Counterclaims | Exhibit "W" |
| 24 | 2020.09.01 | Answer and Affirmative Defenses of Defendants Maharaja Investments, Vineet Singh, and Sahib Arora | Exhibit "X" |
| 25 | 2020.09.01 | Motion to Dismiss or in the Alternative Transfer | Exhibit "Y" |
| 26 | 2020.09.01 | Affidavit of Vineet Singh | Exhibit "Z" |
| 27 | 2020.09.01 | Affidavit of Sahib Arora | Exhibit "AA" |
| 28 | 2020.09.01 | Memorandum of Law | Exhibit "BB" |
| 29 | 2020.09.01 | Motion to Quash Service of Process | Exhibit "CC" |
| 30 | 2020.09.17 | Answer and Affirmative Defenses of Defendants Crown Assets, Karan Ahuja, and Charanjeev Singh | Exhibit "DD" |
| 31 | 2020.09.21 | Answer and Affirmative Defenses of Defendants Shaneel Lalani | Exhibit "EE" |
| 32 | 2020.09.28 | Answer of Defendant Sameer Lalani | Exhibit "FF" |
| 33 | 2020.09.28 | Answer and Crossclaim of Defendant 2551 East Pinetree Blvd | Exhibit "GG" |
| 34 | 2020.09.30 | Limited Response to Motion to Dismiss, or in the Alternative, Motion to Transfer Claims | Exhibit "HH" |
| 35 | 2020.10.26 | Notice of Bankruptcy | Exhibit "II" |

**Notice**

10. The Arora Parties shall promptly file a copy of this Notice of Removal in the

4

records of the Thomas County Superior Court in the Thomas County Action.

11. Pursuant to Federal Rule of Bankruptcy Procedure 9027, removal of the Action is effected upon such filing of a copy of this Notice in the Action and the parties shall proceed no further in the Superior Court of Thomas County, State of Georgia. F.R.B.P. 9027(c).

WHEREFORE, the Arora Parties remove the Action in its entirety from the Thomas County Superior Court.

RESPECTFULLY SUBMITTED this 16th day of December, 2020.

**THE DOMINY LAW FIRM, LLC**

/s/ Michael A. Dominy
Michael A. Dominy
Georgia Bar No. 225335
Counsel for Arora Parties
729 Piedmont Avenue, NE
Atlanta, Georgia 30308
(404) 900-9570
michael@dominylaw.net