EFILED IN OFFICE
CLERK OF SUPERIOR COURT
THOMAS COUNTY, GEORGIA
SUCV2020000354
SEP 01, 2020 04:46 AM

Randa D. Wharton, Clerk
Thomas County, Georgia

IN THE SUPERIOR COURT OF THOMAS COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| TC FEDERAL BANK | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION |
| 2551 EAST PINETREE BLVD, LLC, a Georgia Limited Liability Company; MAHARAJA INVESTMENTS, LLC, a Georgia Limited Liability Company; CROWN ASSETS, LLC a Georgia Limited Liability Company; KARAN AHUJA; SHANEEL LALANI; SAMEER LALANI; CHARANJEEV SINGH; VINEET SINGH and SAHIB ARORA | § § § § § § § § § § § § § § § § § § | FILE NO. SUCV202000035 |
| Defendants. | § § § | |

## AFFIDAVIT OF SAHIB ARORA

PERSONALLY APPEARED before the undersigned officer authorized to administer oaths, Sahib Arora, who, having been duly sworn, testifies under oath as follows:

1.

My name is Sahib Arora. I am over the age of 18 years, am operating under no legal disabilities and make this Affidavit based upon my own personal knowledge of

Exhibit "AA"

the facts stated herein. I understand that this Affidavit is to be filed for consideration by the Court in in the above-referenced matter.

2.

I am a Defendant in this action.

3.

I reside at 660 Belgrave Lane, Tucker, Georgia, 30084, Gwinnett County.

4.

I have never resided nor maintained an office in Thomas County, Georgia.

FURTHER AFFIANT SAITH NAUGHT.

_____
SAHIB ARORA

Sworn to and subscribed before me
this 31 day of August, 2020.

_____
NOTARY PUBLIC

2

IN THE SUPERIOR COURT OF THOMAS COUNTY

STATE OF GEORGIA

| | | |
|---|---|---|
| TC FEDERAL BANK | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION |
| 2551 EAST PINETREE BLVD, LLC, a Georgia Limited Liability Company; MAHARAJA INVESTMENTS, LLC, a Georgia Limited Liability Company; CROWN ASSETS, LLC a Georgia Limited Liability Company; KARAN AHUJA; SHANEEL LALANI; SAMEER LALANI; CHARANJEEV SINGH; VINEET SINGH and SAHIB ARORA | § § § § § § § § § § § § | FILE NO. SUCV202000035 |
| Defendants. | § § § | |

### CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this day served a copy of the foregoing **Affidavit of Sahib Arora** by email marked STATUTORY ELECTRONIC SERVICE as follows: Upon counsel for Plaintiff: Ian S. MacDonald, Esq. at imacdonald@clarkpartington.com; upon counsel for Respondents Charanjeev Singh, Karan Ahuja and Crown Assets, LLC: David S. Klein, Esq. at

dklein@rlklawfirm.com and Alexandra M. Dishun, Esq., at adishun@rlklawfirm.com.

By Priority Mail: Upon Respondent 2551 East Pinetree Blvd, LLC c/o Sameer Lalani, 1040 Indian Trail Rd., Suite Bl, Lilburn, GA 30047; upon Respondent Sameer Lalani, 1040 Indian Trail Rd., Suite Bl, Lilburn, GA 30047; upon Respondent Shaneel Lalani, 104 Birch St., Decatur, GA 30030.

This 1st day of September, 2020.

_____
Michael A. Dominy
State Bar No. 225335
Attorney for Petitioners

The Dominy Law Firm, LLC
729 Piedmont Avenue NE
Atlanta, Georgia  30308
(404) 900-9570

michael@dominylaw.net

2